IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

JIM H. BALL, JR., AIS # 131651,    :

    Plaintiff,    :

vs.    :    CIVIL ACTION 06-0496-CG-M

RICHARD ALLEN, et al.,    :

    Defendants.    :

## JUDGMENT

It is **ORDERED, ADJUDGED**, and **DECREED** that this action be and is hereby **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(g).

DONE this 9th day of February, 2007.

                /s/ Callie V. S. Granade
                CHIEF UNITED STATES DISTRICT JUDGE